# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA-76 | 1844388 | Kupersmith | 1131 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense: 3/14/2009 0045 hrs
- Offense Charged: 36 CFR 2.35(c)
- Place of Offense: Tecoya Dorm A
- Offense Description: Under the influence of alcohol

Violation Number: 1844388

### DEFENDANT INFORMATION
- Last Name: Hildebrand
- First Name: Jeffrey
- M.I.: A
- Street Address: PO Box 915
- City: Yosemite, NP
- State: CA
- Zip Code: 95389
- D.L. State: CA
- Adult ☒   Sex: Male ☒
- Hair: BRN   Eyes: BRN   Height: 6   Weight: 300

### VEHICLE DESCRIPTION
- Tag No.: N/A

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

Arrest 09-0525

PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 14, 20 09 while exercising my duties as a law enforcement officer in the Eastern District of California

While on patrol within the jurisdiction of Yosemite National Park, I was notified by dispatch of a male who broke through a window head first at Tecoya Dorm A. Dispatch stated he was in and out of consciousness. I arrived on scene and observed a 36-year-old male lying on the stairs of the dorm. Ranger S. Cave was already giving care attempting to wake the male up. The male, later identified as Jeff HILDEBRAND (DOB ( )) by CA driver's license was bleeding profusely from the head. I observed a broken window to the right of the stairs, and his girlfriend stated he broke it. HILDEBRAND appeared intoxicated. His speech was slurred, his eyes were red and glassy, and he smelled strongly of the odor of an alcoholic beverage. He stated he'd been drinking Jack Daniels whiskey that night, but he could not remember how much he'd consumed. While he was receiving treatment at the clinic, he consented to a portable breath test and registered a BrAC of .214.

HILDEBRAND was arrested for being under the influence of alcohol to a degree that endangers himself, other's, or property because his level of intoxication caused him to trip on the stairs and crash through the window, resulting in his injury.

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☒ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/14/2009   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge